IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 09-cv-02124-PAB-MEH

OTTER PRODUCTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

INCIPIO TECHNOLOGIES, INC., a California corporation,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal [Docket No. 11]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion for Dismissal [Docket No. 11] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED November 18, 2009.

                                                    BY THE COURT:

                                                    s/Philip A. Brimmer
                                                    PHILIP A. BRIMMER
                                                    United States District Judge